IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELLIOTT K. HAWORTH, on behalf of themselves and all others similarly situated; and DALLAS R. BROWN, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, and MESSERLI & KRAMER, P.A.,<br><br>Defendants. | 8:19-CV-46<br><br>**JUDGMENT** |

Pursuant to the accompanying Memorandum and Order, the above-captioned case is dismissed without prejudice.

Dated this 17th day of October, 2019.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1