# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3474

_____

Elliott K. Haworth, on behalf of themselves and all others similarly situated; Dallas R. Brown, on behalf of themselves and all others similarly situated

Plaintiffs - Appellants

v.

Midland Credit Management, Inc.; Midland Funding, L.L.C.; Messerli & Kramer P.A.

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:19-cv-00046-BCB)

_____

**JUDGMENT**

Appellants' motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

December 04, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans