# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3474

Elliott K. Haworth, on behalf of themselves and all others similarly situated and Dallas R. Brown, on behalf of themselves and all others similarly situated

Appellants

v.

Midland Credit Management, Inc., et al.

Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:19-cv-00046-BCB)

_____

## MANDATE

In accordance with the judgment of 12/04/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 04, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit